| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 64 |
| DAVID FERNANDO MORENO | * | September Term, 2020 |

## ORDER

Upon consideration of the Joint Petition for 60-Day Suspension by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, David Fernando Moreno, pursuant to Maryland Rule 19-736, in which the Respondent admits that he violated Rules 1.1, 1.3, 1.4, 1.16, and 8.4(d) of the Maryland Attorneys' Rules of Professional Conduct, it is this 4th day of January, 2021

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, David Fernando Moreno, be and hereby is immediately suspended from the practice of law for a period of 60 days; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of David Fernando Moreno from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk